No. 142. NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. *v.* LEONARD. Appeal from the Supreme Court of Ohio. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Edwin Knachel, Donald E. Ryan* and *Richard C. Ogline* for appellant. *Samuel T. Gaines* for appellee.

No. 174. ATWOOD ET AL. *v.* WILLACY COUNTY NAVIGATION DISTRICT. Appeal from the Supreme Court of Texas and the Court of Civil Appeals of Texas, Fourth Supreme Judicial District. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *William C. Wines* for appellants. *William Robert Smith* for appellee.